UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL UGWE,                                                           :
                                                                        :
                          Plaintiff,                                    :
                                                                        :                24-CV-6276 (JMF)
            -v-                                                         :
                                                                        :                ORDER
UBER TECHNOLOGIES INC.,                                                 :
                                                                        :
                          Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer the Complaint by September 26, 2024, *see* ECF No. 4, but has not done so to date. As a courtesy, Defendant's deadline is hereby EXTENDED, *nunc pro tunc*, to **October 28, 2024**. The Court will invite Plaintiff to move for default judgment if Defendant fails to appear and answer the Complaint by that deadline.

      Plaintiff is directed to serve a copy of this Order on Defendants, and to file proof of such service by **October 25, 2024**.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York
                                              JESSE M. FURMAN
                                            United States District Judge