UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL UGWU, :
:
:
Plaintiff, :
: 24-CV-6276 (JMF)
-v- :
: ORDER
:
UBER TECHNOLOGIES, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's December 20, 2024 Order, ECF No. 19, Plaintiff was required to file any opposition to the motion to compel arbitration no later than January 21, 2025.  To date, Plaintiff has not filed any opposition.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 10, 2025**.  Defendant's reply, if any, shall be filed no later than **February 17, 2025**.  If Plaintiff fails to file an opposition by the deadline, the Court will grant the motion to compel arbitration as unopposed.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 27, 2025
       New York, New York
                                        JESSE M. FURMAN
                                      United States District Judge