UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MICHAEL UGWU, :
:
Plaintiff, :
: 24-CV-6276 (JMF)
-v- :
: ORDER
UBER TECHNOLOGIES, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 5, 2025, the Court granted Defendant's motion to compel arbitration and stay further proceedings pending that arbitration. ECF No. 22. That same day, the Clerk of Court docketed another memorandum from Plaintiff opposing the motion to compel. ECF No. 23. The Court need not consider Plaintiff's latest filing, however, because Plaintiff had already filed an opposition to the motion. ECF No. 21. In any event, nothing in Plaintiff's second opposition changes the Court's analysis and conclusions.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: February 6, 2025
       New York, New York
                                            _____
                                                    JESSE M. FURMAN
                                                 United States District Judge